**FILED**
U.S. District Court
District of Kansas

JAN 2 5 2016

Clerk, U.S. District Court
By _____ Deputy Clerk

In The United State District Court
For The District OF Kansas

Brandon Mounce                                    Plaintiff
1800 South Severance
Hutchinson Kansas 67501


        VS.                          Case Number 6:16-cv-01026-JTM-GEB


Hutchinson Regional Medical Center    Defendants
Jeremy Tan          M.D.
Selim Ahmed         M.D.
Richard Price       D.O.
Jennifer L. Sticken  P.A.
1701 East 23rd Ave
Hutchinson Kansas 67502


                Civil Complaint


1. Parties to this civil action:

        A. Name of plaintiff: Brandon Mounce
           Adress:            1800 South Severance
                              Hutchinson Kansas
                              67501

B. Defendant: Hutchinson Regional Medical Center
A corporation at: 1701 East 23rd Ave
                 Hutchinson Kansas 67502

C. Additional Defendants: Jeremy Tan      M.D.
                          Selim Ahmed     MD
                          Richard Price   D.O.
                          Jennifer L. Sticken P.A.

II   Jurisdiction

This case arises because of violation of the civil
or equal rights, privileges, or immunities accorded to
citizens of, or persons within the jurisdiction of,
The United States (28 U.S.C. § 1343)

III.   Statement of claim:

                    Count 1

             Patient Discrimation

On or about July 7, 2014, Hutchinson Regional
Medical Center, Jeremy Tan MD, Selim Ahmed MD,
Richard Price D.O., and Jennifer L. Sticken P.A.

did in fact deny the plaintiff, Brandon Mounce, adequate medical care and disregarded the psychiatric medical needs of the plaintiff, due to the plaintiff being classified as a "drug abuser."

## Count II

### Violation OF Patient Privilege

On or about July 7, 2014, Hutchinson Regional Medical Center, Jeremy Tan M.D., Selim Ahmed MD., Richard Price D.O., and Jennifer L. Sticken P.A., did in fact breach confidential medical information of the plaintiff, Brandon Mounce, by releasing private and privileged information to the Hutchinson Police Department, without a warrent, or without following proper procedure, and without the concent of the plaintiff.

## Count III

### Patient Endangerment

On or about July 7, 2014, Hutchinson Regional Medical Center, Jeremy Tan M.D., Selim Ahmed MD., Richard Price D.O., and Jennifer L. Sticken P.A.,

did in fact put the plaintiff, Brandon Mounce, in avoidable danger, by ingnoring the psychiatric medical needs of the plaintiff.

IV. Relief:

We ask the court to render a judgement in favor of the plaintiff for the sum of, #5,000,000.00.

V. I do not claim the wrongs alleged in this complaint are continuing to occur at the present time.

VI. I do not claim actual damages for acts alleged in this complaint.

VII. I do claim punitive monetary damages in the amount of #5,000,000.00 due to the gross neglect, pain and suffering, breach of confidental information, unnecessarily putting my life at risk, and hardships encounterd as a result of the defendants actions.

VIII. Administrative Procedures

No administrative procedure throgh any type of government agency have been done. And do not believe that this applies in this case.

IX. Related Litigation.

Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

Signature of Plaintiff:    Brandon Mounce
Printed Name          :    Brandon Mounce
Address               :    1800 South Serverance
                           Hutchinson Kansas   67501
Telephone Number      :    None

Designation Of Place Of Trial

Plaintiff designates Wichita, Kansas as the location for the trial in this matter.

Signature of Plaintiff :   Brandon Mounce

Request For Trial By Jury

The plaintiff dose request a trial by jury

Signature of Plaintiff: Brandon Mounce

Date: 1-20-2016

Brandon Mounce
Reno County Jail
1800 South Severance
Hutchinson Ks 67501

NOTICE: THIS CORRESPONDENCE
WAS MAILED FROM THE RENO
COUNTY JAIL ANNEX. IT'S CONTENTS
ARE UNCENSORED.

3 of 4

RECEIVED
JAN 2 5 2016
CLERK, U.S. DIST. COURT
WICHITA, KANSAS 67202

Clerk
United States District Court
Room 204, N. Market St
Wichita Kansas  67202-2096

6720232096 C025

To: Clerk of The United States District Court
    United States Courthouse
    401 North Market Street
    Wichita Kansas  67202


From: Brandon Mounce                              1-20-2016
      % Reno County Jail
      1800 South Severance
      Hutchinson Kansas 67501


Re: Case Filing

Dear Clerk of The United States District Court,

    Enclosed you will find the case that I would like to file with the court. The Pro Se guide had said that I did not have to make the summons out, due to me asking the court to proceed without prepayment of fees. I did choose to go ahead and make them. I hope that this makes it easier on the Clerk's office.

    Just so that the court is aware, I do have medical records as well as statements hospital employees and othe records and statements to back my claims. Please let me know when and if I need to turn any of this into you. Also let me know if there is anything else that you may need from me. Thank you.

                          Sincerely, Brandon Mounce